AO 256 (Rev. 2/86)

| CRIMINAL DOCKET · U.S. District Court | | | U.S. (LAST, FIRST, MIDDLE) | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|
| PO ☐ 097X 4 | Assigned 7XKF | ☐ WRIT | U.S. VS. | 06 11 91 | F91-064CR-1 | |
| Misd. ☒ | Disp./Sentence | ☐ JUVENILE ☐ ALIAS | ● AHMAOGAK, MARY ELLEN | No. of Def's 1 | ● U.S. MAG. CASE NO. ▶ | |
| Felony ☐ District Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. N.G. | GUILTY NOLO |
|---|---|---|---|---|
| 18 USC 641 | THEFT OF GOVERNMENT PROPERTY  *CASE DISMISSED* | 1 | | |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — END INTERVAL TWO

KEY DATE — EARLIEST OF:
- ☐ arrest
- ☐ sum'ns
- ☐ custody
- ☐ appears—on complaint

KEY DATE: 6-11-91 APPLICABLE
- ☐ Indictment filed/unsealed
- ☐ consent to Magr. trial on complaint
- ☒ Information
- ☐ Felony-W/waiver

KEY DATE:
- a) ☐ 1st appears on pending charge /R40
- b) ☐ Receive file R20/21
- c) ☐ Supsdg: ☐ Indt ☐ Inf
- d) ☐ Order New trial
- e) ☐ Remand  f) ☐ G/P Withdrawn

KEY DATE: APPLICABLE
- ☐ Dismissal
- ☐ Pled guilty { After N.G.
- ☐ Nolo { After nolo
- ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant | Issued Return | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons | Issued Served | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ Date of Arrest | | ENSE (In Complaint) | | | | |

RULE: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

Stephen Cooper, A.U.S.A., 101 12th Ave., Box 2, Fairbanks, AK 99701
(907)456-0245

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Chris Bataille
100 Cushman Street, Suite 501
Fairbanks, AK 99701
(907)451-0110

### BAIL ● RELEASE

**PRE-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

APPEALS FEE PAYMENTS

| DATE | DOC NO | PROCEEDINGS | Start/End Date | Ltr Code | Days |
|---|---|---|---|---|---|
| **1991** | | | | | |
| JUNE 11 | 1 | FILED Information | | | |
| 11 | 2 | FILED M.O. Arrngt set for 8/15/91 at 11:00 AM    cc: USMS/USPO/AUSA | | | |
| 19 | - | Issued summons for 8/15/91 at 11:00 AM   Orig/cpy to USMS | | | |
| July 10 | 3 | FILED Return of service on summons (7/2/91) | | | |
| August 15 | 4 | FILED Crt Min from Arrngt - Arrgnt to be rescheduled   cc: cnsl/USMS/USPO/AUSA | | | |
| 26 | 5 | FILED M.O. from chambers - Arrgnt resched for 10/18/91 at 9:00 AM   Chris Bataille provisionally apptd to represent counsel   cc:cnsl/USMS/USPO/AUSA | | | |
| 29 | 6 | FILED Apptnt of and Authority to Pay Crt Apptnd Counsel - Christian N. Bataille | | | |
| Oct 4 | 7 | FILED Deft mtn for Out-of-Custody Trans | | | |
| 4 | - | Lodged Proposed Order grntg trans from Anch to Fbks | | | |
| 4 | - | Lodged Proposed Order grntg trans from Fbks to Anch | | | |
| 17 | 8 | FILED Order granting Deft's Mtn for Out-of Custody Trans from Anch to Fbks | | | |
| 17 | 9 | FILED Order granting Deft's mtn for out-of-custody trans from fbks to Anch | | | |
| 18 | 10 | FILED Plntf Response to Request for Discovery | | | |
| 18 | 11 | FILED Crt Min from Arrgnt - Plead NG: PTC sched for 11/8/91 at 10:00 AM   cc: cnsl/USMS/USPO/AUSA | | | |
| 23 | 12 | FILED Order Regarding Preparation for Trial | | | |
| 23 | 13 | FILED Order Setting Conditions of Release   cc: cnsl/USMS/USPO/AUSA | | | |
| 23 | 14 | FILED Consent to Proceed  before U.S. Magistrate | | | |
| Nov 8 | 15 | FILED Crt min from Pretrial Conf - Trial by jury set for 1/6/92 at 9:00 AM; FPTC set for 1/3/92 at 9:30 AM    cc: cnsl/USMS?USPO/AUSA | | | |
| 12 | 16 | FILED Excludable delay | 12 02 91 / 01 06 92 | T4 | 36 |
| Dec 10 | 17 | FILED Dismissal by Plntf with Proposed Order | | | |
| 13 | 17 | FILED Order of Dismissal    cc: cnsl/USMS/USPO/AUSA    CASE DISMISSED | | | |
| **1992** | | | | | |
| Apr 29 | 18 | FILED Claim for CJA services | | | |